# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND CHENG-KOK LIM,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>BRENDA CASH, Warden,<br><br>　　　　Respondent. | No. CV 11-2585 AHM (FMO)<br><br>**ORDER ACCEPTING FINDINGS,<br>CONCLUSIONS AND RECOMMENDATIONS<br>OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records herein, the Magistrate Judge's Report and Recommendation, and the Objections to the Report and Recommendation. Having made a <u>de novo</u> determination of the portions of the Report and Recommendation to which the Objections were directed, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge. Accordingly, IT IS ORDERED THAT:

　　1.　　Judgment shall be entered dismissing the action with prejudice.

　　2.　　The Clerk shall serve copies of this Order and the Judgment herein on the parties.

DATED: January 19, 2012

　　　　　　　　　　　　　　　　　　　　　　　　／s／ A. Howard Matz
　　　　　　　　　　　　　　　　　　　　　　A. HOWARD MATZ
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE