# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND CHENG-KOK LIM,<br><br>           Petitioner,<br><br>           v.<br><br>BRENDA CASH, Warden,<br><br>           Respondent. | No. CV 11-2585 AHM (FMO)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: January 19, 2012

                                                              A. HOWARD MATZ<br>
                                         UNITED STATES DISTRICT JUDGE

**JS-6**